IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| LAWRENCE GWOZDZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHPORT INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. _____<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 103.3 of the Local Rules for the United States District Court for the District of Maryland, Defendant HealthPort Technologies LLC [1] ("HealthPort"), by and through its undersigned counsel, hereby states that it is a wholly owned subsidiary of Smart Holdings Corp., a Delaware corporation. No publicly held corporation owns more than 10% or more of HealthPort's stock, and that, to the best of its knowledge, no corporation, unincorporated association, partnership, or other business entity, not a party to this case, has a financial interest in the outcome of this litigation.

---

[1] As HealthPort explained in its Notice of Removal, HealthPort Technologies, LLC is the only defendant properly identified in the complaint. The entity HealthPort, Inc. does not exist, and Abry Partners, LLC has no affiliation with HealthPort. Counsel for Plaintiff has agreed to voluntarily dismiss Healthport, Inc. and Abry Partners LLC, but has not yet done so as of the time of this filing.

Dated: July 31, 2015                                         Respectfully submitted,

                                                                        /s/ Alec W. Farr
                                                                       Alec W. Farr (Bar No. 12513)
                                                                       Bryan Cave LLP
                                                                       1155 F Street, NW, Suite 700
                                                                       Washington, DC   20004
                                                                       (202) 508-6000 (telephone)
                                                                       (202) 508-6200 (facsimile)
                                                                       awfarr@bryancave.com

                                                                       *Counsel for Defendant HealthPort*
                                                                       *Technologies LLC*

Of Counsel:

Jonathan B. Potts, Esq.
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri  63102
(314) 259-2000 (telephone)
(314) 259-2020 (facsimile)
jonathan.potts@bryancave.com

*Counsel for Defendant HealthPort Technologies LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 31st day of July, 2015, a true and correct copy of the foregoing Corporate Disclosure Statement was sent by first-class mail, postage prepaid, and electronic mail to:

>Jonathan B. Nace, Esq.
>PAULSON & NACE
>1615 New Hampshire Ave., NW
>Washington, DC 20009
>(202) 463-1999
>jnace@paulsonandnace.com
>
>*Counsel for Plaintiffs and Members of the Class*

        /s/ Alec W. Farr
        Alec W. Farr