| ✎ AO 435<br>(Rev. 12/03)<br><br>*Please Read Instructions above* | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br><br>**DUE DATE:** |
|---|---|---|---|

| 1. NAME<br>Jonathan B Nace | 2. PHONE NUMBER<br>(202) 463-1999 | 3. DATE<br>12/31/15 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>1615 New Hampshire Ave., NW | 5. CITY<br>Washington | 6. STATE<br>DC | 7. ZIP CODE<br>20009 |

| 8. CASE NUMBER<br>8:15-cv-02251-RWT | 9. JUDGE<br>Titus | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 10/25/15 | 11. 11/25/15 |
| 12. CASE NAME<br>Gwozdz, et al v. Healthport Technologies, LLC | | LOCATION OF PROCEEDINGS | |
| | | 13. Greenbelt, Maryland | 14. |

15. ORDER FOR
[X] APPEAL   [ ] CRIMINAL   [ ] CRIMINAL JUSTICE ACT   [ ] BANKRUPTCY
[ ] NON-APPEAL   [ ] CIVIL   [ ] IN FORMA PAUPERIS   [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | Oral argument on Defendant's | 11/25/15 |
| [ ] OPINION OF COURT | | Motion to Dismiss | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Free Copy<br>for the Court) | FIRST<br>COPY | ADDITIONAL<br>COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES<br>2 | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

| ESTIMATE TOTAL | 0.00 |
|---|---|

18. SIGNATURE

19. DATE 12/31/15

| PROCESSED BY | |
| PHONE NUMBER | |

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE 0.00 |

(Previous editions of this form may still be used)

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY